# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ROBERT GENE REGA (SON); JOAN MARY   :   No. 79 WM 2020
REGA (MOTHER),   :
  :
             Petitioners   :
  :
  :
        v.   :
  :
  :
HONORABLE KATHERINE B. EMERY, P.J.;   :
HON. MICHAEL LUCAS,   :
  :
            Respondents   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2020, the Application for Leave to File Original Process is GRANTED, and the "Civil Complaint," treated as a Petition for Writ of Mandamus, is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.